UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **DAVID GREEN, ET AL.** | **CIV. ACTION NO. 3:22-00884** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CITY OF MONROE, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 49] having been considered, together with the Objection [Doc. No. 57] filed by Plaintiffs David Green, et al, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED**, **ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 20] filed by the City Defendants is **GRANTED**, as follows:

1) Plaintiffs' individual capacity claims against Chief Victor Zordan and Officer Jonathan Daniel (a/k/a "Daniels") are hereby **DISMISSED**, **without prejudice,** for lack of personal jurisdiction and insufficient service of process. Fed. R. Civ. P. 12(b)(2) and (5).

2) Plaintiffs' claims against the Monroe City Council, plus their official capacity claims against Mayor Friday Ellis, Chief Victor Zordan, and Officer Jonathan Daniel (a/k/a "Daniels") are **DISMISSED** for failure to state a claim upon which relief may be granted. Fed. R. Civ. P. 12(b)(6).

3) Plaintiffs' claims under 42 U.S.C. § 1983, including punitive damages, and their state law direct negligence claims only against the City of Monroe are **DISMISSED**, **with prejudice,** for failure to state a claim upon which relief may be granted. Fed. R. Civ. P. 12(b)(6).

4) Plaintiffs' state law claims for punitive damages, exemplary damages, and for attorney's fees are **DISMISSED, with prejudice**, as to all Defendants. Fed. R. Civ. P. 12(b)(6).

Monroe, Louisiana, this 31st day of March 2023.

**Terry A. Doughty**
**United States District Judge**