# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **DAVID GREEN, ET AL** | **CIVIL ACTION NO. 22-cv-0884** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CITY OF MONROE, ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 64] previously filed herein, and having thoroughly reviewed the record, noting the absence of any objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss for lack of personal jurisdiction and insufficient service of process [Doc. No. 42] filed by Defendant Sheriff Jay Russell is **GRANTED**, and that Plaintiff David Green's individual and official capacity claims against Defendant Sheriff Jay Russell are hereby **DISMISSED WITH PREJUDICE.**

**THUS, DONE AND SIGNED** at Monroe, Louisiana, this the 26th day of June 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE