UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| DAVID GREEN, ET AL. | CIV. ACTION NO. 3:22-00884 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| CITY OF MONROE, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge [Doc. No. 66] having been considered, no objections thereto having been filed,

**IT IS ORDERED** that the Rule 12(b)(6) motion to dismiss for failure to state a claim upon which can be granted [Doc. No. 55] filed by Defendant, Ouachita Correctional Center, is **GRANTED**, and Plaintiffs' claims against said Defendant only are hereby **DISMISSED, WITH PREJUDICE** pursuant to FED. R. CIV. P. 12(b)(6).

**IT IS FURTHER ORDERED** that the Rule 12(b)(6) motion to dismiss [Doc. No. 61] filed by Defendant, State of Louisiana, through the Department of Safety and Corrections (named in the FAC, as the "Louisiana Department of Public Safety"), which the court has construed as a Rule 12(b)(1) motion to dismiss for lack of subject matter jurisdiction, is **GRANTED**, and that Plaintiffs' claims against said Defendant only are hereby **DISMISSED, WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 12(b)(1).

**IT IS FURTHER ORDERED** that the motion to dismiss pursuant to Rules 12(b)(2) and (5) for lack of personal jurisdiction and for insufficient service of process [Doc. No. 61] is **DENIED, as moot**.

MONROE, Louisiana, this 15th day of August 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE